UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| BENNY LOPEZ,<br><br>              Plaintiff,<br><br>         v.<br><br>T. PEREZ, et al.,<br><br>              Defendants. | Case No. EDCV 16-01661 CJC (JDE)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the records on file and the Report and Recommendation of the assigned United States Magistrate Judge. Plaintiff has not filed any written objections to the report.

IT IS HEREBY ORDERED that:

1. The Report and Recommendation is approved and accepted.
2. Defendants' Motion for Summary Judgment is GRANTED;
3. Defendants' Motion to Dismiss is DENIED as moot;
4. Plaintiff's First Amended Complaint is dismissed without prejudice; and

//

//

5. Judgment shall be entered accordingly.

Dated: June 27, 2017

_____
CORMAC J. CARNEY
United States District Judge