JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| BENNY LOPEZ, | Case No. EDCV 16-01661 CJC (JDE) |
|       Plaintiff, | JUDGMENT |
|       v. | |
| T. PEREZ, et al., | |
|       Defendants. | |

      Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

      IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

Dated: June 27, 2017

_____
CORMAC J. CARNEY
United States District Judge